ERIC GRANT
United States Attorney
MATHEW W. PILE, WSBA No. 32245.
Head of Program Litigation 1
Social Security Administration
MARCELO ILLARMO (MABN 670079)
Special Assistant United States Attorney
    Program Litigation 1 | Law & Policy
    Social Security Administration
    6401 Security Boulevard
    Baltimore, Maryland 21235
    Telephone: (510) 970-4822
    E-Mail: Marcelo.Illarmo@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIANA MARQUEZ,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>        Defendant. | No.  2:26-cv-00088-AC<br><br>STIPULATION FOR EXTENSION TO FILE OPPOSITION TO PLAINTIFF'S OPENING BRIEF |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for responding to Plaintiff's motion for summary judgment be extended from May 21, 2026 to June 22, 2026.  This is Defendant's first request for an extension of time to respond to Plaintiff's brief.  Defendant respectfully requests this additional time because undersigned counsel will be on leave from May 8 to May 22.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

- Defendant shall respond to Plaintiff's opening brief on or before June 22, 2026;
- Plaintiff's optional reply will be due within 14 days of the filing of Defendant's brief (on or before July 6, 2026).

Respectfully submitted,

DATE: April 28, 2026                    */s/ Josephine Mary Gerrard*  *
                                        JOSEPHINE MARY GERRARD
                                        Attorney for Plaintiff
                                        (* approved via email on 4/27/26)

                                        ERIC GRANT
                                        United States Attorney

DATE: April 28, 2026          By    *s/ Marcelo Illarmo*
                                        MARCELO ILLARMO
                                        Special Assistant United States Attorney

                                        Attorneys for Defendant

                                        ORDER

APPROVED AND SO ORDERED:

Dated: April 28, 2026

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2